IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LATONA TRUCKING, INC., | CIVIL ACTION |
| Plaintiff, | JURY TRIAL DEMANDED |
| vs. | |
| RIVERS EDGE, L.P., | NO. 3:11-CV-00634 |
| Defendant. | |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), please mark the above-captioned matter ended, settled and/or discontinued, without prejudice.

ROSENN, JENKINS & GREENWALD, LLP

By:   /s/ ROBERT D. SCHAUB
      ROBERT D. SCHAUB, ESQUIRE
      Attorney I.D. No. 42466
      MARY E. PRESCOTT, ESQUIRE
      Attorney I.D. No. 310057
      15 South Franklin Street
      Wilkes-Barre, Pennsylvania 18711-0075
      (570) 826-5652

Attorneys for Plaintiff, Latona Trucking, Inc.

677019.1